# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**1528**
**CA 10-00907**
PRESENT: SMITH, J.P., PERADOTTO, CARNI, LINDLEY, AND SCONIERS, JJ.

JAMES C. KUHN, PLAINTIFF-RESPONDENT,

V                                                          ORDER

CAMELOT ASSOCIATION, INC., DEFENDANT-APPELLANT.
(APPEAL NO. 1.)

AUGELLO & MATTELIANO, LLP, BUFFALO (JOSEPH A. MATTELIANO OF COUNSEL), FOR DEFENDANT-APPELLANT.

BURGETT & ROBBINS LLP, JAMESTOWN (MARY SPEEDY HAJDU OF COUNSEL), FOR PLAINTIFF-RESPONDENT.

---------------------------------------------------------------------------------------------------

    Appeal from an order of the Supreme Court, Chautauqua County (James H. Dillon, J.), entered February 4, 2010 in a personal injury action.  The order granted the motion of plaintiff for partial summary judgment on liability pursuant to Labor Law § 240 (1) and denied the cross motion of defendant for summary judgment.

    It is hereby ORDERED that said appeal is unanimously dismissed without costs (*see Loafin' Tree Rest. v Pardi* [appeal No. 1], 162 AD2d 985).

Entered:  March 25, 2011                          Patricia L. Morgan
                                                  Clerk of the Court